UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian M. Hoffman,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendants. | No. 1:26-cv-03029-GSA<br>ORDER GRANTING BRIEFING EXTENSION |

As stipulated, Plaintiff shall have an extension up to and including August 24, 2026, to file his motion for summary judgment. All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated: **August 3, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE